JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| MARY ALICE (BANGS) DENMAN,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>Defendants. | Case No. LACV 20-8217 VAP (JCx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order granting Defendant Specialized Loan Servicing, LLC's Motion to Dismiss Plaintiff's Complaint issued under separate cover, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 10/30/2020

/s/ Virginia A. Phillips
Virginia A. Phillips
United States District Judge

1